UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RAWLE DAISLEY,

                    Plaintiff,

-against-

FEDEX GROUP PACKAGE SYSTEM,
INC.,

                    Defendant.
----------------------------------------------------------------X

JUDGMENT
08-CV-4063 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 3 2008 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on December 1, 2008, granting defendant's motion to dismiss with respect to all claims; and granting defendant's motion to compel arbitration with respect to plaintiff's September 14, 2002 breach of contract claim; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss is granted with respect to all claims; and that defendant's motion to compel arbitration is granted with respect to plaintiff's September 14, 2002 breach of contract claim.

Dated: Brooklyn, New York
        December 02, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court